AO91 (Rev. 12/03) Criminal Complaint                **FELONY**       AUSA           United States Courts
                                                                                     Southern District of Texas
# UNITED STATES DISTRICT COURT                                                        FILED

*May 3, 2025*

Southern District Of Texas Brownsville Division          Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**              **CRIMINAL COMPLAINT**
        vs.
                                          Case Number: 1:25-MJ-357
Juan Francisco RODRIGUEZ-De La Rosa
A098 993 234  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 02, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on May 02, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 26, 2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at time of apprehension.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_Signature of Complainant_

Guzman, Carlos   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

May 03, 2025                                        at   Brownsville, Texas
Date                                                     City/State

Karen Betancourt        U.S. Magistrate Judge        _Karen Betancourt_
Name of Judge           Title of Judge                Signature of Judge